# AFFIDAVIT

I, Kirby Fleck, am an Immigration Enforcement Agent with Immigration and Customs Enforcement, assigned to the Grand Forks, North Dakota Enforcement and Removal Operations Office. I have been employed as an Immigration Enforcement Agent since November 9, 2008.

**Local Law Enforcement Encounter of YEIFREID ENRIQUE CAMARGO-SUMALAVE.**

On April 26, 2025, a traffic stop was conducted on a vehicle driven by CAMARGO in Grand Forks, North Dakota. CAMARGO was arrested by the Grand Forks Police Department and booked into the Grand Forks County Correctional Center in Grand Forks, North Dakota.

United States Border Patrol Agent Gubbels contacted the ICE ERO Grand Forks, North Dakota Office to advise that CAMARGO was arrested for a driving under the influence charge and was located at the Grand Forks County Correctional Center in Grand Forks, North Dakota. Agent Gubbels and the ICE ERO Office is familiar with CAMARGO due to other law enforcement encounters CAMARGO has had with local law enforcement in the Grand Forks, North Dakota area. Due to the previous encounters, the ICE ERO Office has confirmed CAMARGO is an illegal alien that is pending his removal proceedings in a non-detained setting.

**Immigration inspection and investigation of YEIFREID ENRIQUE CAMARGO-SUMALAVE.**

On April 26, 2025, Officer Fleck conducted an immigration inspection at the Grand Forks County Correctional Center in Grand Forks, North Dakota. Officer Fleck used a Spanish interpreter for this inspection. CAMARGO stated he was born in Venezuela and is a citizen of Venezuela. CAMARGO stated he is not a United States citizen. CAMRGO stated he illegally entered the United States without documents and was going through deportation proceedings. At the conclusion of the immigration inspection, Officer Fleck served an I-200 Warrant for Arrest of Alien to CAMARGO and further advised CAMARGO would be an ICE ERO detainee as CAMARGO was being released from the driving under the influence charge. An I-247 DHS Immigration Detainer was also placed with the Grand Forks County Correctional Center. Service form I-203 was also issued to the Grand Forks County Correctional Center which further facilitates the transfer and detention billing to the ICE ERO Office.

While at the Grand Forks County Correctional Center on April 26, 2025, and because CAMARGO was now an ICE ERO detainee, Officer Fleck took custody of CAMARGO's property while at the jail. As is the standard procedure when aliens are ICE ERO detainees,

the property was inventoried and bagged, to be stored at the ICE ERO Office. While inventorying CAMARGO's property on April 26, 2025, Officer Fleck observed a fraudulent Social Security card in CAMARGO's possessions. Officer Fleck observed the Social Security card contained the name "Yeifreid Enrique Camargo Sumalave" and had the Social Security number XXX-XX-2894. Officer Fleck confirmed CAMARGO did not have an I-765 Employment Authorization card which allows an alien permission to work in the United States and once approved, would generate a Social Security number for an alien.

On April 28, 2025, CAMARGO's fingerprints were submitted through IDENT, a computer identification system. The IDENT results revealed CAMARGO is assigned Alien Registration Number AXXXXXX646 and confirmed CAMARGO is an illegal alien going through removal proceedings.

On April 28, 2025, while at the ICE ERO Grand Forks, North Dakota Office, Officer Fleck conducted a sworn statement with CAMARGO. Prior to the sworn statement, CAMARGO was read the Miranda Rights. A Spanish interpreter was used to conduct this sworn statement and Miranda Rights. When asked where he got the fraudulent social security card found in his belongings, CAMARGO stated he purchased it for $500 approximately a year ago in Grand Forks, North Dakota, thinking it could be used for a work permit. CAMARGO stated he purchased the fraudulent card from another person who allegedly since has left the country. CAMARGO also stated he believed the fraudulent Social Security card could also have been for medical purposes but claimed he never used the card. CAMARGO denied knowing the card was fraudulent, but claimed several people told CAMARGO it was a crime to have the Social Security card.

On April 29, 2025, Social Security Administration Office of Inspector General Agent Lipponen verified that the number, XXX-XX-2894, on the fraudulent Social Security card is not assigned to CAMARGO. This Social Security number is assigned to another individual.

**Criminal Convictions.**

A search of the North Dakota public register of actions and the National Crime Information Center (NCIC) reveals the following criminal convictions:

   a) CAMARGO was convicted of misdemeanor driving under the influence in Grand Forks Municipal Court at Grand Forks, North Dakota. CAMARGO was sentenced on August 12, 2024, to 12 days jail with 12 days suspended with conditions

   b) CAMARGO was arrested April 12, 2025, for misdemeanor driving while

2

impaired in East Grand Forks, Minnesota. This case is still pending in the Polk County Court, Crookston, Minnesota.

c) CAMARGO was arrested April 26, 2025, for misdemeanor driving under the influence in Grand Forks, North Dakota. This case is still pending in the Grand Forks County Court, Grand Forks, North Dakota.

In my experience, the above facts constitute a violation of 42 U.S.C. § 408 (a) (7) (C).

The foregoing is true and correct to the best of my knowledge and belief.

_____
Kirby Fleck #7430
Deportation Officer

Sworn before me by reliable electronic means this 29th day of April, 2025,

_____
Alice R. Senechal
United States Magistrate Judge

3